Gregory KENNEDY, Appellant,

v.

OFFICE OF ADMINISTRATION, DIVISION OF DESIGN AND CONSTRUCTION, et. al., Respondent.

No. WD 51185.

Missouri Court of Appeals,
Western District.

March 12, 1996.

David J. Moen, Carson & Coil, P.C., Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Nancy M. Leonard, Asst. Attorneys General, Jefferson City, for Respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Plaintiff appeals the dismissal of his petition alleging retaliatory discharge under the Workers' Compensation Law against the state and several state employees. The court affirmed the judgment of the trial court, finding that the state's sovereign immunity prohibits suits for retaliatory discharge under the Workers' Compensation Law and that the individual state employees were not "employers" under § 287.030. Rule 84.16(b).

Clarence COCHRAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51391.

Missouri Court of Appeals,
Western District.

Submitted Jan. 23, 1996.

Decided March 12, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Clarence Cochran, appellant, pleaded guilty to the class D felony of passing a bad check, in violation of § 570.120, RSMo 1986 and the class C felony of forgery, in violation of § 570.090.1(4). Cochran was sentenced to a term of imprisonment of five years on each count, to be served consecutively. The execution of the sentence was suspended, and Cochran was placed on probation for five years. Subsequently, the probation was revoked and the sentences executed. Cochran filed a Rule 24.035 motion, which was denied without an evidentiary hearing. On appeal, Cochran claims that he was entitled to an evidentiary hearing to establish that his counsel was ineffective in that counsel led Cochran to believe that he would be required to serve no more than one year and eight months imprisonment.

Judgment is affirmed. Rule 84.16(b).